# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALBON FICHTNER,

           Plaintiff,

-vs-                                  Case No. 6:05-cv-879-Orl-22DAB

SERVICE INSURANCE COMPANY,

           Defendant.

_____

## ORDER

This cause comes before the Court on consideration of Defendant's, Service Insurance Company's, Unopposed Rule 12(b)(6) and 12(c) Motion to Dismiss ("Motion to Dismiss") (Doc. No. 14) and Defendant's Unopposed Motion to Quash Jury Demand ("Motion to Quash") (Doc. No. 16), both filed on July 7, 2005.

Defendant seeks in its Motion to Dismiss (Doc. No. 14) the dismissal of all state law claims against Service Insurance Company, including but not limited to the claims for interest and attorney's fees and costs, and excluding the Plaintiff's breach of contract claim. Defendant asserts in its Motion to Quash (Doc. No. 16) that there is no constitutional or statutory right to a jury trial in this case. Defendant has represented to this Court that pursuant to Local Rule 3.01(g), he has conferred with counsel for Plaintiff and that Plaintiff's counsel does not object to the relief requested in these two Motions.

Based on the foregoing, it is ordered as follows:

1. Defendant's Unopposed Rule 12(b)(6) and 12(c) Motion to Dismiss (Doc. No. 14) is GRANTED.  All state law claims against Defendant are hereby DISMISSED.

2. Defendant's Unopposed Motion to Quash Jury Demand (Doc. No. 16) is GRANTED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida this ___ day of July, 2005.

```
_____
JOHN ANTOON, II
United States District Judge
(Signed in the Absence of United States
District Judge Anne C. Conway)
```

Copies furnished to:

Counsel of Record
Unrepresented Party